**John E. VILLEGAS, et al., petitioners,
v. Michael B. SCHMIDT, Trustee.**
No. 15–407.
Dec. 7, 2015.

Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.